THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWIN GRACE, Defendant-Appellant.

(No. 72-175;

Second District—December 6, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Raymond G. Kimball III, of Chicago, for appellant.

William V. Hopf, State's Attorney, of Wheaton, for the People.